IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| KEITH C. TOLBERT, | ) Civil Action No. 3:23-CV-00018-CBB |
| Plaintiff, | ) |
| vs. | ) United States Magistrate Judge |
| | ) Christopher B. Brown |
| SECURITY CAPTAIN T. BOYCE, SECURITY OFFICER PAUL DABBS, C/O MARKS, ESTATE OF HEARING EXAMINER S. WIGGINS, MAILROOM SUPERVISOR C. WEIGLE, SECURITY OFFICER GIBSON, | ) |
| Defendants, | |

**ORDER ON MOTION FOR SUMMARY JUDGMENT, ECF No. 124**

AND NOW, this 22nd day of December, 2025,

Upon consideration of Defendants' Motion for Summary Judgment, ECF No. 124, IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is GRANTED as to all Defendants on all claims.

It is further ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days after entry of judgment to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

cc: KEITH C. TOLBERT
LZ4998
SCI FOREST
P.O. Box 307
286 Woodland Drive
Marienville, PA 16239

All Counsel of Record, *via ECF*